CHARLES E. HILL, Respondent, *v.* THE NEWICHAWANICK COMPANY, Appellant.

(Argued October 2, 1877 ; decided October 9, 1877.)

REPORTED below, 8 Hun, 459.
SICKELS.—VOL. XXVI.       75

*William H. Arnoux,* for appellant.

*Charles D. Adams,* for rsspondent.

Agree to affirm opinion of court below.
All concur, except FOLGER and MILLER, JJ., absent.
Judgment affirmed.